# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LEODIS TEEAGO MOBLEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-145 |
| | * | |
| v. | * | |
| | * | |
| BOBBY WATERS; and DOYLE WOOTEN, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated January 11, 2020. Dkt. No. 10. In the Report, the Magistrate Judge recommended the Court dismiss Plaintiff's claims against Defendants in their official capacities but allowed Plaintiff to proceed with his Eighth Amendment claims against Defendants in their individual capacities. Dkt. No. 8, p. 1. Plaintiff's objections to the Report are unresponsive and without merit, as Plaintiff is permitted to proceed against Defendants in their individual capacities and he presents no argument Defendants are not entitled to immunity. Thus, Plaintiff's Objections are **OVERRULED**.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's official capacity claims against Defendants for monetary damages. Plaintiff's excessive force and deliberate indifference claims remain pending. Dkt. No. 9.

**SO ORDERED**, this 3 day of February, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA