IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LEODIS TEEAGO MOBLEY, | |
| Plaintiff, | CIVIL ACTION NO.: 5:20-cv-145 |
| v. | |
| BOBBY WATERS; and DOYLE WOOTEN, in their individual and official capacities, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Defendants' Motion to Dismiss. Doc. 20. A motion to dismiss is dispositive in nature, meaning granting a motion to dismiss could result in the dismissal of individual claims or an entire action. Consequently, the Court is reluctant to rule on the Motion to Dismiss without providing Plaintiff an opportunity to respond or advising Plaintiff of the consequences for failing to respond.

Accordingly, the Court **ORDERS** Plaintiff to file a response either opposing or indicating his lack of opposition to Defendant's Motion to Dismiss within **14 days** of the date of this Order. **If Plaintiff fails to file a timely response, the Court will presume Plaintiff does not oppose the Motions and may dismiss individual claims or the entire action.** See Local R. 7.5 ("Failure to respond . . . shall indicate that there is no opposition to a motion."). To ensure Plaintiff's response is made with fair notice of the requirements of the Federal Rules of Civil Procedure regarding motions to dismiss generally, the Court **DIRECTS** the Clerk of Court to provide a copy of Federal Rules of Civil Procedure 12 and 41 when serving this Order upon Plaintiff.

In addition, the Court's March 10, 2021 Order denying Plaintiff's second motion for appointment of counsel was returned as undeliverable. Doc. 23. Plaintiff is reminded of his obligation to notify the Court in writing of any change in address. Plaintiff's failure to do so will result in the recommended dismissal of his cause of action for failure to follow this Court's Orders and Local Rules.

**SO ORDERED**, this 24th day of March, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA