# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| LEODIS TEEAGO MOBLEY, | * |
| Plaintiff, | *   CIVIL ACTION NO.: 5:20-cv-145 |
| v. | * |
| BOBBY WATERS; and DOYLE WOOTEN, | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 30. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order, **DENIES as moot** Defendants' Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

**SO ORDERED**, this ___1___ day of ___June___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA